NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHARLES W. JOHNSON,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7180

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-3377, Judge Mary J. Schoelen.

---

## ON MOTION

---

## ORDER

Charles W. Johnson moves to file an amended brief, "in order to give proper and fuller reasons or to better explain my bases and reasonings".

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to file an amended brief is granted. Johnson's amended informal brief is due within 30 days of the date of filing of this order. If an amended brief is not filed within 30 days of the date of filing of this order, the court will rely on the previously filed informal brief.

(2) The Secretary should calculate his brief due date from the date of service of Johnson's amended informal brief or from the date when Johnson's 30-day time frame in which to file an amended informal brief elapses.

FOR THE COURT

DEC 0 2 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Charles W. Johnson
    Alexander V. Sverdlov, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 02 2011

JAN HORBALY
CLERK